**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7249**

—————————

CARL ANTHONY GRAY,

Plaintiff - Appellant,

versus

DAVID K. MAPP, Sheriff of the Norfolk City
Jail; DR. CLARDY, Physician, Norfolk City
Jail; Y. F. DAVID, RN, Medical Administrator,
Norfolk City Jail; M. C. REYNOLDS, Nurse,
Norfolk City Jail; BOARD OF CORRECTIONS OF THE
STATE OF VIRGINIA; VIRGINIA STATE BOARD OF
HOUSING; EDWARD MURRAY, Director; RAY KESSLER,
Health Administrator; BALVIR KAPIL, Chief
Physician; JOHN DOE, Chief Nurse; MICHAEL
PFEIFFER, Vice President; JAMES E. JOHNSON,
Regional Corrections Inspector,

Defendants - Appellees.

—————————

**No. 95-7458**

—————————

CARL ANTHONY GRAY,

Plaintiff - Appellant,

versus

EDWARD G. MURRAY; P. A. TERRANGI, Warden; H.
D. UNDERWOOD, RN; MICHAEL PFEIFFER, Vice
President, CMS; ROSCOE RAMSEY; J. WEBSTER;
DOCTOR ONG; DOCTOR MASON; K. HAMLIN, R.N.;
PIERRE D. LORD,

Defendants - Appellees.

CARL ANTHONY GRAY,

Plaintiff - Appellant,

versus

THOMAS LANYI, Dr., Urologist; DR. WELCH, Medical Administrator, Department of Corrections; DR. BARNES, Chief Physician, Department of Corrections; D. L. BRENDLINGER, Dr., Radiologist, Department of Corrections; L. T. LESTER, Warden, Department of Corrections; EDWARD MURRAY, Director, Department of Corrections; BALVIR L. KAPIL, Chief Physical; R. B. KESSLER, Dr., Chief Administrator,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-93-941-2, CA-93-1078-CV-2, CA-93-1077-2)

Submitted: February 7, 1996      Decided: February 22, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl Anthony Gray, Appellant Pro Se. Jeff Wayne Rosen, ADLER, ROSEN & PETERS, P.C., Virginia Beach, Virginia; Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Sandra Morris Holleran, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; John Baldwin Catlett, Jr., Carlyle Randolph Wimbish, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] Gray v. Mapp, No. CA-93-941-2; Gray v. Murray, No. CA-93-1078-CV-2; Gray v. Lanyi, No. CA-93-1077-2 (E.D. Va. June 21, 1995, and July 12, 1995; Aug. 4, 1995; Aug. 7, 1995, and Sept. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] In light of this disposition, Appellant's motion to appoint counsel and motion to stay are hereby denied.